**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 19-1269**

---

WILLIAM LEE GRANT, II,

        Plaintiff - Appellant,

    v.

U.S. DEPARTMENT OF DEFENSE,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:18-cv-00369-REP)

---

Submitted:  August 20, 2019                   Decided:  August 22, 2019

---

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

William Lee Grant, II, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Grant, II, appeals the district court's order dismissing his complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion to amend his complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Grant v. U.S. Dep't of Defense*, No. 3:18-cv-00369-REP (E.D. Va. Mar. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*